Certificate Number: 14424-PAM-DE-038991317

Bankruptcy Case Number: 24-02534


14424-PAM-DE-038991317

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>October 22, 2024</u>, at <u>7:33</u> o'clock <u>PM EDT</u>, <u>Christina Difelice</u> completed a course on personal financial management given <u>by internet</u> by <u>BK Class Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>October 22, 2024</u>　　By: <u>/s/Mabelyn  Ramirez</u>

　　　　　　　　　　　　　　　Name: <u>Mabelyn  Ramirez</u>

　　　　　　　　　　　　　　　Title: <u>Instructor</u>