United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Christina DiFelice  
Debtor

Case No. 24-02534-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Nov 19, 2024     Form ID: ntcnfhrg     Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Christina DiFelice, P.O. Box 933, Pocono Summit, PA 18346-0933 |
| 5658650 | | LAKEVIEW / M&T BANK, PO BOX 62182, BALTIMORE, MD 21264-2182 |
| 5658651 | + | MEMBERS FIRST FCU, 5000 MARKETPLACE WAY, ENOLA, PA 17025-2431 |
| 5658657 | | THE HOME DEPOT CONSUMER CREDIT CARD, PO BOX 9001037, LOUISVILLE, KY 40290-1037 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2024 18:47:20 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5658635 | + | Email/PDF: bncnotices@becket-lee.com | Nov 19 2024 18:57:54 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5669336 | | Email/PDF: bncnotices@becket-lee.com | Nov 19 2024 18:57:54 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5658636 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 19 2024 18:43:00 | BANK OF AMERICA, 4060 OGLETOWN/STANTON ROAD, NEWARK, DE 19713 |
| 5658637 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 19 2024 18:43:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 5658638 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 18:47:20 | CAPITAL ONE BANK USA N, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5658639 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 18:47:37 | CAPITAL ONE/WMT, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 5658640 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 18:57:54 | CITICARDS/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5658641 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2024 18:43:00 | COMENITY CAPITAL/FOREVER 21, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5658642 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 19 2024 18:43:00 | COMENITY CAPITAL/KAY JEWELERS, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 5666588 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2024 18:47:38 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5658643 | + | Email/Text: mrdiscen@discover.com | Nov 19 2024 18:43:00 | DISCOVER BANK, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 5658644 | + | Email/Text: dplbk@discover.com | Nov 19 2024 18:43:00 | DISCOVER PERSONAL LOANS, PO BOX 30954, SALT LAKE CITY, UT 84130-0954 |
| 5659865 | | Email/Text: mrdiscen@discover.com | Nov 19 2024 18:43:00 | Discover Bank, PO Box 3025, New Albany, OH |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 43054-3025 |
| 5658645 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 18:57:54 | EXXONMOBIL/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5658646 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 19 2024 18:43:00 | FNB OMAHA, 1620 DODGE STREET, OMAHA, NE 68197-0003 |
| 5659784 | | Email/Text: collecadminbankruptcy@fnni.com | Nov 19 2024 18:43:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 5658647 | | Email/Text: EBNBKNOT@ford.com | Nov 19 2024 18:43:00 | FORD CREDIT, BOX 220564, PITTSBURGH, PA 15257-2564 |
| 5659166 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2024 18:47:36 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5664349 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 19 2024 18:47:28 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5658648 | ^ | MEBN | Nov 19 2024 18:40:38 | GEISINGER, 100 NORTH ACADEMY AVENUE, DANVILLE, PA 17822-3941 |
| 5658649 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 19 2024 18:47:28 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 5665316 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 19 2024 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5659507 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2024 18:47:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5658652 | | Email/Text: mmrgbk@miramedrg.com | Nov 19 2024 18:43:00 | MIRAMED REVENUE GROUP, PO BOX 1411, CAROL STREAM, IL 60132-1411 |
| 5658653 | | Email/Text: EBN@Mohela.com | Nov 19 2024 18:43:00 | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 5659436 | | Email/Text: EBN@Mohela.com | Nov 19 2024 18:43:00 | U.S. Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5658654 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 18:47:39 | SYNCB/AMAZON PLCC, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5658655 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 18:47:21 | SYNCB/JC PENNEYS, PO BOX 71729, PHILADELPHIA, PA 19176-1729 |
| 5658656 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2024 18:47:22 | SYNCB/LOWES, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5658658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 19 2024 18:47:39 | WAWA/CBNA, 5800 SOUTH CORPORATE PLAACE, SIOUX FALLS, SD 57108-5027 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5659342 | *+ | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

**belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 21, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

**Name**                **Email Address**

Brent J Lemon
   on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com

Jack N Zaharopoulos
   TWecf@pamd13trustee.com

United States Trustee
   ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino
   on behalf of Debtor 1 Christina DiFelice lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Christina DiFelice, | Chapter 13 |
| **Debtor 1** | Case No. 5:24−bk−02534−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 2, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 9, 2025 <br> Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 19, 2024 |

ntcnfhrg (08/21)