UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In RE:　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 13

CHRISTINA DIFELICE　　　　　　　　　　　　　　　　　　Claim Number: 6

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case Number: 24-02534

**Debtor(s)**

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Ford Motor Credit Company, LLC**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

[ ] Notice only　　　　　　[√] Payment only　　　　　　[ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:　　　　　　　　　　　　　　　　　　　　　　　TO:

Ford Motor Credit Company, LLC　　　　　　　　　　　Ford Motor Credit Company, LLC

Dept 55953 P.O. Box 55000　　　　　　　　　　　　　PO Box 650004

Detroit, MI 48255　　　　　　　　　　　　　　　　　Dallas, TX 75265-0004

Date: 12/17/2024　　　　　　　　　　　　　　　　　/s/ Shubham Tandlekar

　　　　　　　　　　　　　　　　　　　　　　　　　Creditor's Authorized Agent for Ford Motor Credit Company, LLC

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In RE:

    CHRISTINA DIFELICE

Debtor(s)

Chapter: 13

Case Number: 24-02534

## Certificate of Service

I certify that on 12/17/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
VINCENT RUBINO
VRUBINO@NEWMANWILLIAMS.COM

Trustee
JACK N ZAHAROPOULOS

/s/ Shubham Tandlekar
Shubham Tandlekar
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
833-965-2361
ECFNotices@aisinfo.com